**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6300**

_____

WARREN MATTHEW GIDDINGS,

Plaintiff - Appellant,

v.

CORIZON; MR. RORHER; MCTC NURSE; CENTURION BEHAVIORAL HEALTH STAFF,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:21-cv-03166-LKG)

_____

Submitted:  January 31, 2024                          Decided:  February 23, 2024

_____

Before DIAZ, Chief Judge, and RICHARDSON and HEYTENS, Circuit Judges.

_____

Affirmed in part by unpublished per curiam opinion.

_____

Warren Matthew Giddings, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellee Corizon.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Matthew Giddings appeals the district court's order granting summary judgment to Corizon on his claims raised pursuant to 42 U.S.C. § 1983 and dismissing the remaining Defendants. On appeal, Corizon has filed a suggestion of bankruptcy and notice of automatic stay informing this court that it commenced Chapter 11 bankruptcy proceedings in February 2023. The automatic stay precludes us from reviewing the district court's disposition of Giddings' claims against Corizon. As to the court's disposition of Giddings' claims against the remaining Defendants, we have reviewed the record and find no reversible error. Accordingly, we grant Giddings' motion to proceed under the Prison Litigation Reform Act, 28 U.S.C. § 1915(b), and affirm the district court's order as to all defendants except Corizon. *Giddings v. Corizon*, No. 1:21-cv-03166-LKG (D. Md. Jan. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART*

2